# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 16, 2015

Robert P. Young, Jr.,
Chief Justice

152372 & (40)(41)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

ESPN, INC.,
        Plaintiff-Appellee,

v

MICHIGAN STATE UNIVERSITY,
        Defendant-Appellant.

SC:  152372
COA:  326773
Ingham CC:  15-000100-CZ

_____/

On order of the Court, the motion for immediate consideration of the motion to stay and the motion to stay are GRANTED.  The trial court's order of March 16, 2015 as it relates to disclosure of the names of 301 identified individuals is stayed until further order of this Court.  The application for leave to appeal the August 18, 2015 judgment of the Court of Appeals remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 16, 2015



Clerk

p1016